IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANADARKO E&P ONSHORE LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case. No. 4:21-cv-01743 |
| § | |
| CALIFORNIA UNION INSURANCE § | |
| COMPANY and CENTURY INDEMNITY § | |
| COMPANY, solely as successor-in-interest to § | |
| CIGNA Specialty Insurance Company f/k/a § | |
| California Union Insurance Company, § | |
| § | |
| *Defendants*. § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 3), Defendants CALIFORNIA UNION INSURANCE COMPANY and CENTURY INDEMNITY COMPANY, solely as successor-in-interest to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company (collectively, "***Defendants***") file the following Certificate of Interested Parties.

Defendants hereby certify the following to be all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities known to them to be financially interested in the outcome of the litigation of this case:

    1.    Anadarko E&P Onshore LLC, Plaintiff

    2.    Reed Smith LLP, Counsel for Plaintiff

    3.    Century Indemnity Company as the successor to CIGNA Specialty Insurance Company formerly known as California Union Insurance Company and is a wholly owned subsidiary of Brandywine Holdings Corporation, which in turn is a wholly owned subsidiary of

INA Financial Corporation, which in turn is a wholly owned subsidiary of INA Corporation, which is a wholly owned subsidiary of Chubb INA Holdings, Inc., 80% of which is owned by Chubb Group Holdings, Inc. and 20% of which is owned by Chubb Limited.  Chubb Group Holdings, Inc. is a wholly owned subsidiary of Chubb Limited.

4. DLA Piper LLP (US), Counsel for Defendants.

Defendants will supplement or amend this Disclosure as necessary.

**DLA PIPER LLP (US)**

Dated:  June 16, 2021

By: */s/ Cara Vasquez*
Cara Vasquez
*Attorney-in-Charge*
TX Bar No. 24084011
SDTX Bar No. 1998312
cara.vasquez@dlapiper.com
Samantha Craig
TX Bar No. 24103743
SDTX Bar No. 3181582
1000 Louisiana Street, Suite 2800
Houston, TX 77002
Tel:   713.425.8468
Fax:  713.300.6038

*Of Counsel*:

Aidan M. McCormack
aidan.mccormack@us.dlapiper.com
Mark L. Deckman
mark.deckman@us.dlapiper.com
1251 Avenue of the Americas
New York, New York 10020
T:  212.335.4750
F:  917.778.8750

**Counsel for Defendants**
**California Union Insurance Company and**
**Century Indemnity Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

/s/ *Cara Vasquez*  
Cara Vasquez
