United States District Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANADARKO E&P ONSHORE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CALIFORNIA UNION INSURANCE | § | |
| COMPANY and CENTURY INDEMNITY | § | CIVIL ACTION NO. H-21-1743 |
| COMPANY, solely as | § | |
| successor-in-interest to CIGNA | § | |
| Specialty Insurance Company | § | |
| f/k/a California Union | § | |
| Insurance Company, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Compel Arbitration, this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue arbitration against Defendants.

Costs are taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 8th day of September, 2021.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE